IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILKINS BUICK, INC., et al | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 1:19-cv-00290-ELH |
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL

SIR/MADAM CLERK:

Please be advised, that the Complaint of WILKINS BUICK, INC. and WILKINS SUBARU, LLC against GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA is hereby dismissed with prejudice.

Respectfully Submitted,

_____/S/_____          _____/S/_____
Jonathan A. Azrael (Federal Bar #01630)   Andrew T. Stephenson (Federal Bar# 26504)
John R. Solter (Federal Bar #27482)       James K. Hetzel (Federal Bar# 20158)
Azrael, Franz, Schwab, Lipowitz & Solter, LLC   Franklin & Prokopik, P.C.
101 E. Chesapeake Avenue, 5th Floor       Two North Charles Street, Suite 600
Towson, Maryland 21286                    Baltimore, Maryland 21201
Telephone: 410-821-6800                   Telephone: 410-752-8700
Facsimile: 410-821-1265                   Facsimile: 410-752-6868
jazraekl@azraelfranz.com                  astephenson@fandpnet.com
jsolter@azraelfranz.com                   jhetzel@fandpnet.com
*Attorneys for Plaintiffs*                *Attorneys for Defendant*